[963 NYS2d 896]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MI-
CHAEL MIRAN, Ph.D. PSYCHOLOGIST, P.C., Appellant. (Appeal
No. 3.)

Fourth Department, April 26, 2013

---

**APPEARANCES OF COUNSEL**

*The Parrinello Law Firm, LLP*, Rochester (*Bruce F. Freeman* of counsel), and *Cerulli, Massare & Lembke*, for appellant.

*Eric T. Schneiderman, Attorney General*, Albany (*Jodi A. Danzig* of counsel), for respondent.

**OPINION OF THE COURT**

FAHEY, J.

Same opinion as in *People v Miran* (107 AD3d 28 [2013] [appeal No. 1]).

SCUDDER, P.J., SCONIERS and MARTOCHE, JJ., concur.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.